IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:12CR332 |
| vs. | ) | |
| | ) | ORDER |
| JUANA BANDA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS [37]. The record shows that this deadline expired on November 29, 2012. The court finds that the defendant has not shown good cause for extending the deadline.

**IT IS ORDERED:**

Defendant's MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS [37] is denied.

Pursuant to NECrimR 57.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later an12:00 noon on Friday, January 18, 2013.

**DATED this 11th day of January, 2013.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**